Anthony D. SANDERS, Petitioner–
Appellant,

v.

WARDEN, FEDERAL CORRECTION-
AL INSTITUTION EDGEFIELD,
Respondent–Appellee,

and

United States Parole Commission,
Respondent.

No. 13–6173.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 29, 2013.

Anthony D. Sanders, Appellant Pro Se.
Barbara Murcier Bowens, Assistant Unit-
ed States Attorney, Columbia, South Car-
olina, for Appellee.

Before GREGORY, DAVIS, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anthony D. Sanders, a federal prisoner,
appeals the district court's order accepting
the recommendation of the magistrate
judge and denying relief on his 28
U.S.C.A. § 2241 (West 2006 & Supp.2013)
petition. We have reviewed the record
and find no reversible error. Accordingly,
although we grant leave to proceed in for-
ma pauperis, we affirm for the reasons
stated by the district court. *Sanders v.
Warden, FCI Edgefield,* No. 1:11–cv–
01348–DCN, 2013 WL 271672 (D.S.C. Jan.
24, 2013). We deny Sanders' motion for
judicial notice of a 2009 parole hearing.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*